FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

ALLEN MEREDITH JOHNSON JR.

_____

_____

_____

CV422-075

(Enter above full name of plaintiff or plaintiffs)

v.

OFC. JERNER  OFC. J CROSBY
OFC. JERMAINE SPENCE
SAVANNAH POLICE DEPARTMENT

_____

(Enter above full name of defendant or defendants)

I.     Previous lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                          Yes _____ No __X__

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

2.     Court (if federal court, name the district; if state court, name the county):

_____

_____

3.     Docket number: _____

4.     Name of judge assigned to case: _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit:  _____

7.  Approximate date of disposition:  _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____    No _____

B.  While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                                                                      Yes _____    No __X__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to previous lawsuit:

    Plaintiffs:  _____

    Defendants:  _____

2.  Court (name the district):

    _____

3.  Docket number:  _____

4.  Name of judge assigned to case:  _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit:  _____

7.   Approximate date of disposition: _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                                    Yes _____   No _____

C.   As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                                Yes _____   No __X__

1.   If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____

II.   Place of present confinement: CHATHAM COUNTY DETENTION CENTER

A.   Is there a prisoner grievance procedure in this institution? Yes __X__ No _____

B.   Did you present the facts relating to your complaint to the appropriate grievance committee?                                                    Yes _____   No __X__

C.   If your answer to B is yes:

1.   What steps did you take? _____
_____
_____
_____
_____

2.   What was the result? _____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?        Yes _____ No _____

If yes, what was the result? _____
_____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____
_____

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: ALLEN MEREDITH JOHNSON JR
Address: _____
_____
_____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: CFC. JERMAINE SPENCE
Position: CFC.
Place of employment: SAVANNAH POLICE DEPARTMENT
Current address: _____

C. Additional defendants: CFC. J WERNER
CFC. J CROSBY.
_____
_____
_____
_____
_____

4

THE RELATED INCIDENTS OCCURRED ON OCTOBER 13TH 2021 @ AROUND 7:35 PM. I WAS ON THE WAY TO THE CONVIENT STORE NAMED PARKERS ON THE CORNER OF WILSHIRE AND ABERCORN, SAVANNAH GA 31419. Once I ARRIVED AT THE STORE, THE STORE MANAGER ASKED ME TO LEAVE THE STORE BECAUSE I WAS BANNED. KNOWING THAT THIS WAS A CASE OF MISTAKEN IDENTITY. I RESPONDED THAT I WAS NOT BANNED FROM ENTERING THIS STORES LOCATION. YET STILL AS A COURTESY I STEPPED OUT OF THE STORE BRIEFLY WHILE ATTEMPTING TO ACCESS MY VIRTUAL PAY FUNCTION ON MY PHONE, CHATHAM COUNTY OFFICERS JERMAINE SPENCE, AND J. WERNER PULLED INTO THE STORE PARKING LOT, AND CONFRONTED ME ASKING WAS I A BANNED PERSON FROM THIS LOCATION, I RESPONDED "NO" THEY ASKED ME TO WAIT WHILE THEY INVESTIGATED THE MATTER FURTHER AND I COMPLIED. AFTER SEARCHING THEIR SYSTEM AND THE STORES LOG OF BANNED PERSONS. IT WAS CONFIRMED THAT I WAS NOT BANNED. I THEN BOARDED MY BICYCLE TO RIDE AWAY, AND BEGIN LEAVING THE STORE BECAUSE, THERE WAS NO REASON THE POLICE COULD STILL DETAIN ME WITHOUT REASON. OFC. J. WERNER THEN TOLD US THAT WE WERE NOT FREE TO GO BECAUSE, THE STORE MANAGER WANTED US BANNED, WITHOUT A VALID REASON. WHEN I ASKED WHY WE WERE BEING BANNED

②

AND DETAINED WITHOUT CAUSE, NEITHER OFFICER COULD PROVIDE A REASON. STILL ON THE PREMISES ABOUT 20 FEET FROM THE MAIN ENTRANCE OF THE STORE I STOPPED MY BICYCLE, BECAUSE IT HAD BEEN UNCLEAR WHETHER OR NOT WE STILL WERE BEING HELD. BOTH OFFICERS WALKED OVER TO ME, SURROUNDED ME AND BEGIN SCREAMING AT ME TO GET OFF THE BIKE. I TOLD THEM THAT THEY WERE SO CLOSE TO ME THAT IT WAS IMPOSSIBLE FOR ME TO GET OFF THE BIKE SAFELY UNLESS ONE OF THEM STEPPED BACK. THEY STEPPED BACK AND I WAS ABLE TO GET OFF THE BIKE. IMMEDIATELY OFFICER J. WERNER GRABBED ME AND TOLD ME I WAS GOING TO RECEIVE A CHARGE FOR OBSTRUCTION (EVEN THOUGH I HAD NOT RESISTED), AND HAD DONE MY BEST TO COMPLY. OFFICER WERNER PUT ME IN THE BACK OF OFFICER SPENCE'S PATROL CAR AND BEGIN INVENTORYING MY BOOK-BAG. AFTER SOME TIME, ABOUT 25 MINUTES, OFFICER WERNER HELD UP A BAG OF MY DOCTOR PRESCRIBED MEDICATION, FOR ACUTE SCHIZOPHRENIA, AND SMILED AT ME WITH THE IMPLICATION THAT THE SUBSTANCE HE FOUND WAS SOME TYPE OF CONTROLLED SUBSTANCE. I WAS KEEPING IT STORED IN A BAG BECAUSE AT THE TIME I WAS BATTLING HOMELESSNESS, AND BECAUSE OF THE CONSTANT, GREAT COLD THE PILLS HAD DISINTERGRATED INTO A POWDER. OFFICER

WERNER TOOK MY MEDICATION AND WENT TO
THE POLICE CRUISER HE ARRIVED IN, AND
PLACED A CALL. WHEN OFFICER WERNER RETURNED
HE HANDED OFFICER JERMAINE SPENCE A
BLANK ENVELOPE, AND OFFICER J. SPENCE
WROTE POSSESION OF COCAINE ON IT. AFTER
THAT HE, OFC SPENCE ROLLED DOWN THE
REAR WINDOW SO I COULD SPEAK TO OFC. WERNER
I ATTEMPTED TO EXPLAIN TO HIM THAT THE
SUBSTANCE WAS MY PRESCRIBED MEDICATION,
AND NOT DRUGS. HE TOLD ME TO SHUT UP,
AND I ASKED HIM NOT TO SPEAK TO ME LIKE
THAT. AFTER I COULD SEE, THAT ALL THEY
WANTED TO DO WAS TAKE ME TO JAIL, I
DEMANDED A FIELD TEST, TO PROVE THAT THE
SUBSTANCE WAS NOT DRUGS. THEY DECLINED
TO TEST THE SUBSTANCE THOUGH, I REPEATEDLY
REQUESTED A FIELD TEST. THEY INSTEAD TOOK
ME TO ROSS RD. EVIDENCE. I BEGIN TO WORRY
AS, I REALIZED THAT I COULD BE BEING SET UP,
I WAITED OUTSIDE IN THE BACK OF THE PATROL
CAR WITH OFC. SPENCE. OFC. WERNER WENT
INTO THE LAB, AND SUPPOSEDLY TESTED THE
SUBSTANCE, WHICH I WAS UNAWARE, IF THE
EVIDENCE HAD BEEN TAMPERED WITH. AFTER
ABOUT 10 MINUTES, OFFICER CROSBY CAME OUT
OF THE BUILDING, WHOM I PERSONALLY KNOW
FROM OTHER INSTANCES OF BEING HARRASSED
I ASKED HIM DID HE WITNESS THE TEST,

④

HE TOLD ME HE WATCHED HIM TEST THE
SUBSTANCE AND IT CAME BACK POSITIVE FOR
COCAINE. TO WHICH I RESPONDED "THERE
WAS NO COCAINE IN THAT BAG." OFFICER
CROSBY WALKED AWAY, AND OFFICER WERNER
CAME OVER TO THE PATROL CAR AND I
ALSO TOLD HIM THAT "HE KNEW THERE WAS
NO COCAINE IN THE BAG", AND OFFICER WERNER
ASKED BLATANTLY "THEN WHAT WAS IT?"
WHEN I TRIED TO TELL HIM AGAIN, HE WALKED
AWAY. THEY BOTH WALKED TO THE DOOR OF
THE BUILDING AND PUT UP A THUMBS UP.
I WAS TAKEN TO CHATHAM COUNTY DETENTION
CENTER, AND BOOKED FOR POSSESSION OF
COCAINE & OBSTRUCTION. FOR WHICH I WAS
HELD WITHOUT BOND FOR 83 DAYS, DURING
WHICH NEITHER OFFICER J. WERNER NOR
OFFICER J. SPENCE EVER CAME TO ANY COURT
DATES, TO VERIFY ANYTHING.

ALLEN JOHNSON
Allen Johnson 3/24/2022

IV.    **Statement of Claim**

State here as briefly as possible the FACTS in your case. Describe how each
defendant is personally involved in the depriving you of your rights. You must
include relevant times, dates, places, and names of witnesses. DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

5

V.     Relief

        State briefly exactly what you want the court to do for you.  Make no legal
        arguments.  Cite no cases or statutes.

*I WISH TO BE COMPENSATED, MONETARILY FOR MY LOSS OF WAGES, PROPERTY AND TIME.*

I declare under penalty of perjury that the foregoing is true and correct.

    Signed this _____ day of _____, 19____.

Prisoner No. _P0904151_

                                (Signature of Plaintiff)

6

U.S. Marshals Service
SAVANNAH GEORGIA

RECEIVED

FOREVER
USA

ALLEN JOHNSON P090415I
1014 CARL GRIFFIN DRIVE
SAVANNAH, GA 31405

UNITED STATES DISTRICT COURT
P.O. BOX 8286
SAVANNAH, GA 31412