IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
ALLEN MEREDITH JOHNSON, JR.,     )
                                 )
     Plaintiff,                  )
                                 )
v.                               )   CASE NO. CV422-075
                                 )
OFFICER J. CROSBY, OFFICER       )
JERMAINE SPENCE, SVANNAH POLCIE  )
DEPARTMENT, and OFFICER J.       )
WERNER,                          )
                                 )
     Defendants.                 )
                                 )
```

### ORDER

Before the Court is the Magistrate Judge's May 4, 2022, Report and Recommendation (Doc. 7), to which no party has filed objections. After a careful review of the record,[1] the report and recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in this case. Plaintiff's claims against Savannah Police Department and Officer J. Crosby are **DISMISSED**.

SO ORDERED this 24th day of May 2022.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).